IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BEATRICE HUDSON, ) | |
| ) | 8:05cv363 |
| Plaintiff, ) | |
| ) | MEMORANDUM AND ORDER |
| vs. ) | |
| ) | |
| SPHERSON, et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on filing no. 6, the "Motion to Dismiss - Rule 41" in which the plaintiff, Beatrice Hudson, moves for a voluntary dismissal of the above-entitled case. Pursuant to Fed. R. Civ. P. 41(a)(1)(i) or (2), the motion is granted. Judgment will be entered accordingly.

SO ORDERED.

DATED this 9th day of August, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief District Judge